UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J & J Sports Productions, Inc.,

        Plaintiff,

  -against-

Johnny Velasquez, et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2019

1:19-cv-03100 (LTS) (SDA)

ORDER SCHEDULING
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Monday, December 9, 2019 at 9:30 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron.

The Clerk of the Court shall mail this Order to pro se Defendant. Chambers will provide this Order to pro se Defendant by e-mail.

**SO ORDERED.**

DATED:  New York, New York
      November 21, 2019

_____
STEWART D. AARON
United States Magistrate Judge